# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, **Alvin Cordero Perez**, being duly sworn, state the following:

## BACKGROUND

1. I am a Deportation Officer for United States Immigration and Customs Enforcement ("ICE"), Enforcement and Removal Operations ("ERO"), and am currently assigned to the San Juan Sub Office of the Miami Field Office. I have been employed by the Agency since March 2026. My duties as a Deportation Officer involve the enforcement of the Immigration and Nationality Act, including the location, identification, apprehension, processing, and removal of aliens who are unlawfully present in the United States, including aliens subject to criminal prosecution and removal.

2. This affidavit is submitted in support of a criminal complaint charging **JOSELIN ANTONIO MENDEZ DE JESUS**, also known as**: "Joselin Antonio MENDEZ-DE JESUS", "Joselyn A. MENDEZ DE-JESUS", "Joselin DEJESUS"; and "Antonio MENDEZ DE JESUS"**, with illegal reentry into the United States after having been convicted of a felony conviction, without having received the express consent of the Attorney General of the United States or the Secretary of the United States Department of Homeland Security to reapply for admission, and being found in the United States in the District of Puerto Rico, in violation of Title 8, United States Code, Sections 1326(a) & (b)(1).

3. **JOSELIN ANTONIO MENDEZ DE JESUS** (hereinafter referred to as "MENDEZ DE JESUS") is an alien who was previously removed from the United States on more than one occasion, reentered the United States without admission or parole, and was found in the United States within the District of Puerto Rico without having first obtained the express consent of the Attorney General of the United States or the Secretary of the United States Department of Homeland Security to reapply for admission.

4. The facts and information contained in this affidavit are based on my personal knowledge and observations, information conveyed to me by other law enforcement officials, and my review of records, documents, database checks, and other evidence obtained during this investigation. This affidavit contains information necessary to support probable cause but is not intended to include each fact and matter observed by me or known to the government.

**INVESTIGATION**

5. On or about August 18, 2026, Enforcement and Removal Operations officers were conducting an enforcement operation in the vicinity of Barrio Obrero, Puerto Rico, within the District of Puerto Rico.

6. During the operation, ERO officers observed a Honda Accord bearing license plate HCP-410 and conducted state and federal database checks. The checks identified the vehicle owner as **JOSELIN ANTONIO MENDEZ DE JESUS**, and as a national of the Dominican Republic.

7. ERO officers attempted to conduct an immigration inspection of the subject, who was later identified as MENDEZ DE JESUS. During the encounter, MENDEZ DE JESUS fled from officers in the vehicle.

8. While fleeing, MENDEZ DE JESUS drove recklessly, traveled against the flow of traffic, struck an ICE/ERO vehicle, and struck a civilian vehicle.

9. ERO officers followed the vehicle to Maga Tree Village, Gurabo, Puerto Rico. At that location, MENDEZ DE JESUS abandoned the vehicle, fled on foot, and was apprehended by ERO officers without further incident. After his apprehension, MENDEZ DE JESUS was transported to the ICE/ERO Processing Center for processing.

10. The immigration inspection revealed that MENDEZ DE JESUS had prior immigration encounters, prior removal orders, and criminal convictions.

11. During processing, MENDEZ DE JESUS stated to ICE/ERO that he reentered the United States through Puerto Rico on or about the summer of 2024 without being admitted or paroled by an immigration officer.

12. Immigration records revealed that MENDEZ DE JESUS has been encountered by immigration authorities on multiple occasions and has been removed from the United States three times, as follows:

    a) On or about June 23, 1992, immigration authorities encountered and arrested MENDEZ DE JESUS in Buffalo, New York, for an immigration violation. MENDEZ DE JESUS was subsequently deported from the United States on February 22, 1994.

    b) On or about December 13, 1994, United States Border Patrol encountered and arrested MENDEZ DE JESUS at the Ramey Border Patrol Station in Aguadilla, Puerto Rico. He was charged with violating Title 8, United States Code, Section

1326, alien present in the United States after previous removal. MENDEZ DE JESUS was subsequently removed from the United States to the Dominican Republic on March 7, 1996.

c) On or about February 7, 2005, ICE/ERO encountered and arrested MENDEZ DE JESUS. He was charged with violating Title 8, United States Code, Section 1326, alien present in the United States after previous removal. MENDEZ DE JESUS was physically removed from the United States to the Dominican Republic on November 12, 2008.

13. Criminal history records revealed that MENDEZ DE JESUS has had multiple criminal convictions in the state of New York, as well as two federal convictions for illegal reentry:

a) On or about July 21, 1988, the New York City Police Department arrested MENDEZ DE JESUS and charged him with Criminal Possession of a Weapon in the Second Degree, in violation of New York Penal Law Section 265.03, and Menacing, in violation of New York Penal Law Section 120.15. On or around February 24, 1989, he was convicted of Possession of a Weapon in the Third Degree pursuant to a plea agreement and was sentenced to five years of probation.

b) On or about August 22, 1991, the New York City Police Department arrested MENDEZ DE JESUS and charged him with offenses including Criminal Possession of a Weapon in the Second Degree, Criminal Use of a Firearm in the Second Degree, Assault in the Second Degree, Reckless Endangerment in the First Degree, and Menacing. On or around October 9, 1991, in Bronx County Supreme Court, case number 6765-91, MENDEZ DE JESUS was convicted, upon a guilty plea, of Reckless Endangerment in the First Degree, in violation of New York Penal Law Section 120.25, a felony. He was sentenced to a term of imprisonment of two to four years.

c) In 1994, in this District in criminal case no. 94-396 (JAF), he was prosecuted for illegal reentry, and on August 30, 1995, he was sentenced to 16 months of imprisonment to be followed by three years of supervised release.

d) In 2005, in the District of Rhode Island in criminal case no. 05-20 (ML), he was again prosecuted for illegal reentry, and on July 1, 2005, he was sentenced to 46 months of imprisonment to be followed by three years of supervised release.

14. Records further revealed two prior federal convictions for illegal reentry after removal, in violation of Title 8, United States Code, Section 1326.

15. A search of ICE records revealed no evidence that MENDEZ DE JESUS obtained the express consent of the Attorney General of the United States or the Secretary of the United States Department of Homeland Security to reapply for admission to the United States after removal.

16. Based on the foregoing, I respectfully submit that there is probable cause to believe that **JOSELIN ANTONIO MENDEZ DE JESUS**, an alien who had previously been removed from the United States after a felony conviction, reentered the United States without admission or parole, had not received the express consent of the Attorney General of the United States or the Secretary of the United States Department of Homeland Security to reapply for admission, and was found in the United States in the District of Puerto Rico, in violation of Title 8, United States Code, Sections 1326(a) & (b)(1).

ALVIN J CORDERO PEREZ

Digitally signed by ALVIN J CORDERO PEREZ
Date: 2026.08.19 15:57:32 -04'00'

**Alvin Cordero Perez**
Deportation Officer
United States Immigration and Customs Enforcement

Sworn pursuant to the requirements of Fed.R.Crim.P. 4.1 by telephone at 4:32 PM on August 19, 2026.

Héctor Ramos-Vega
United States Magistrate Judge
District of Puerto Rico